

**MEMO ENDORSED**

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

October 21, 2022

*Via Electronic Case Filing*
Hon. Katherine Polk Failla, U.S.D.J.
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Trustees of the Hollow Metal Pension Fund and Trustees of the Hollow Metal Trust Fund v. Frederick Goldman, Inc., 22 CV 5552*

Dear Judge Failla:

    This firm represents Plaintiffs in the above-referenced action. We write in accordance with Rule 2(D) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request that the Court grant an adjournment *sine die* of the initial conference currently scheduled for October 26, 2022.

    Defendants have not appeared in this case, but are aware of the conference and have consented to this request, which is the first such request for an adjournment. The parties are currently engaged in settlement discussions and do not feel an initial conference is necessary at this time. Accordingly, Plaintiffs write to respectfully request that the initial conference be adjourned *sine die*, or in the alternative, by 45 days.

    We thank the Court for its time and attention to this matter.

                                    Respectfully submitted,

                                    */s/Maura Moosnick*
                                    Maura Moosnick, Esq.

Cc:    Frederick Goldman, Inc., *via email*

1

Application GRANTED.  The initial pretrial conference scheduled for October 26, 2022 is hereby ADJOURNED to **December 14, 2022** at 4:00 p.m. If the parties wish to adjourn the conference *sin die*, they shall submit a joint letter and proposed Case Management Plan in accordance with the instructions detailed in the Notice of Initial Pretrial Conference (Dkt. #8).

The Clerk of Court is directed to terminate the motion at docket entry 11.

Dated:    October 21, 2022              SO ORDERED.
          New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE