

MEMO ENDORSED

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**Maura Moosnick**
Associate
mmoosnick@vandallp.com

December 7, 2022

*Via Electronic Case Filing*
Hon. Katherine Polk Failla, U.S.D.J.
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   *Trustees of the Hollow Metal Pension Fund and Trustees of the Hollow Metal Trust Fund v. Frederick Goldman, Inc., 22 CV 5552*

Dear Judge Failla:

    This firm represents Plaintiffs in the above-referenced action. We write with the consent of the Defendant in accordance with Rule 2(D) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request that the Court grant a thirty-day adjournment of the initial conference currently scheduled for December 14, 2022. Defendants have not appeared in this case, but are aware of the conference and have consented to this request, which is the second such request for an adjournment.

    The parties have settled in principle, and the settlement has been approved by the Plaintiffs' Board of Trustees. The parties are currently working to finalize the written form of settlement and request this thirty-day adjournment will allow them to do so, after which we anticipate filing a notice of voluntary dismissal in the instant case.

    We thank the Court for its time and attention to this matter.

                          Respectfully submitted,

                           */s/Maura Moosnick*
                           Maura Moosnick, Esq.

Cc:   Frederick Goldman, Inc., *via email*

Application GRANTED.  The initial pretrial conference scheduled for December 14, 2022 is hereby ADJOURNED to **January 17, 2023** at 4:00 p.m.  The conference will not be adjourned for a third time absent particularly compelling circumstances.

The Clerk of Court is directed to terminate the motion at docket entry 13.

Dated:     December 7, 2022         SO ORDERED.
           New York, New York

                                    *[signature]*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE